UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS JOHN HEYDEN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BILL FERGUSON,<br><br>　　　　　　　　Defendant. | Case No. 3:25-cv-00609-ART-CSD<br><br>**ORDER** |

On October 27, 2025, pro se plaintiff Thomas John Heyden, an inmate who is confined at Mineral County Detention Center, filed an application to proceed *in forma pauperis* (ECF No. 1) and a motion for a blank complaint form. (ECF No. 3.) Plaintiff has not, however, submitted a complaint. The Court will grant Plaintiff's motion and give him an opportunity to submit a complaint by **January 26, 2026**.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Local Rule LSR 2-1. And because Plaintiff is representing himself, he must personally sign any document he files. Fed. R. Civ. P. 11(a).

It is therefore ordered that Plaintiff's motion for a blank complaint form (ECF No. 3) is granted.

It is further ordered that Plaintiff has until **January 26, 2026**, to file a complaint.

It is further ordered that the Clerk of Clerk send Plaintiff this Court's approved 42 U.S.C. § 1983 complaint form with instructions

It is further ordered that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: November 25, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE